UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  ED CV 09-01274-SGL(DTBx)                              Date: December 15, 2009
Title:    SHAWN MAHLER -v- CITY OF HEMET, ET AL

PRESENT: HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

C. Sasse                                            None Present
Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

NO APPEARANCE                            NO APPEARANCE

PROCEEDINGS:   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) is ordered to show cause in writing no later than December 21, 2009, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Proof of service of summons and complaint.

- Answer by the defendant(s) or plaintiff's request for entry of default.

- Plaintiff's filing of an application to the clerk to enter default judgment or filing of a noticed motion for entry of default judgment.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.

:MINUTES FORM 90                                            Initials of Deputy Clerk cls
CIVIL -- GEN